UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| | * | |
| | * | |
| v. | * | Court No. 97-00488 |
| | * | |
| Jisup Brian Jung, | * | |
| | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| | * | |
| and | * | |
| | * | |

SJ Trading Inc
8775 Cloud Leap Court
Columbia, MD 21045

    Garnishee.

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff and judgment creditor (hereinafter "creditor"), makes application pursuant to 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered in the above-captioned case against Jisup Brian Jung, the defendant and judgment debtor (hereinafter "debtor"), social security number xxx-xx-2834, whose last known address is 7210 Fair Oak Drive, Hanover, MD 21076 in the amount of $400,000.00 plus costs and applicable interest as determined by law.

The debtor has not satisfied the judgment.  As of July 29, 2014, there remains due and owing to the creditor by the debtor the sum of $697,183.62.

More than 30 days have passed since demand for payment was made on the debtor.  The debtor has not, however, paid the amount due.

The Garnishee is believed to owe or will owe money or property to the debtor or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

Respectfully Submitted,

Rod J. Rosenstein
UNITED STATES ATTORNEY

_____
Allen F. Loucks
Assistant United States Attorney
36 South Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 03094