UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff and Judgment Creditor, | * |
| | * |
| v. | Case No. 97-00488 |
| | * |
| JISUP BRIAN JUNG, | * |
| Defendant and Judgment Debtor | * |
| and | * |
| SJ TRADING, INC. | * |
| 8775 Cloud Leap Court | |
| Columbia, Maryland 21045 | * |
| Garnishee | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER OF THE GARNISHEE

SOON H. JUNG BEING DULY SWORN DEPOSES AND SAYS:

That she is the President of SJ Trading, Inc., Garnishee ("Garnishee"), a corporation organized under the laws of the State of Maryland.

On August 26, 2014, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect of the date of service:

| YES | NO | | |
|---|---|---|---|
| X | | 1. | Judgment Debtor was in our employment. |
| | | 2. | Pay period is weekly. The present pay period began on August 31, 2014. The pay period ends on September 6, 2014. |

3. Enter amount of net wages. Calculate below:

|  |  |  |
|---|---|---|
| (a) Gross Pay | $ | 275.00 |
| (b) Federal income tax | $ | 26.96 |
| (c) F.I.C.A. income tax | $ | 21.04 |
| (d) State income tax | $ | 22.00 |
| Total of tax withholdings | $ | 70.00 |
| Net Wages | $ | 205.00 |

X  4. Have there been previous garnishments in effect?

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in the Property |
|---|---|---|
| N/A | N/A | N/A |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimated Date or Period Due |
|---|---|

N/A (Other than wages, listed above)

Garnishee mailed a copy of this Answer by first class mail to (1) the Judgment Debtor, Jisup Brian Jung, 7210 Fair Oak Drive, Hanover, Maryland 21076 and (2) the attorney for the United States, Allen F. Loucks, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____
Soon H. Jung, President
SJ Trading, Inc.

Subscribed and sworn to before me this ___4___ day of __September__, 2014.

_____
Notary Public

My Commission expires: Aug 1, 2018

SANG H. KANG
NOTARY PUBLIC
STATE OF MARYLAND, HOWARD COUNTY
My Commission Expires 8/1/18